

PAOLO A. STRINO
**Director**

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2023 Fax: (212) 554-9623
pstrino@gibbonslaw.com

July 11, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

  Re: <u>Lightning Bolt US LLC v. LightningBolt Europe, S.A., No.: 1:23-cv-03724-JLR</u>

Dear Judge Rochon,

  We represent Defendant LightningBolt Europe, S.A. ("LightningBolt Europe") in the above-referenced matter. Pursuant to Paragraph 1.F of the Court's Individual Rules of Practice in Civil Cases, we respectfully submit this letter-motion on behalf of LightningBolt Europe, for an extension of time to file responsive pleadings or, if appropriate, Rule 12(b) motions, and for an adjournment of the initial pretrial conference.

1. The original due date for LightningBolt Europe to file a responsive pleading or, if appropriate, Rule 12(b) motions is August 7, 2023. We are requesting an extension to <u>September 15, 2023</u>.

2. This is the first request for an adjournment or extension of time in this matter.

3. There have been no previous requests for adjournment or extension of time.

4. The Plaintiff, Lightning Bolt US LLC, has consented to this extension and adjournment.

  Given the requested extension for the response, we also respectfully request that the Initial Pretrial Conference (ECF No. 8), currently scheduled for August 16, 2023, be adjourned to one of the following mutually agreeable alternative dates: October 2, 2023, October 3, 2023 and October 4, 2023.

  The requested extension affects no other scheduled date, and no Civil Case Management Plan has been entered in this matter. Considering the proposed changes, we are prepared to cooperate with Plaintiff's counsel in drafting a suitable Civil Case Management Plan at the appropriate time.



The Honorable Jennifer L. Rochon
July 11, 2023
Page 2

      We appreciate the Court's consideration of this request and stand ready to provide any additional information the Court may require.

      Thank you for your attention to this matter.

                                       Respectfully submitted,

                                       Paolo A. Strino
                                       Counsel for Defendant

PAS

The requests are GRANTED. Defendant shall respond to the Complaint no later than **September 15, 2023**. IT IS HEREBY ORDERED that the Initial Pretrial Conference, previously scheduled for August 16, 2023, is adjourned to **October 4, 2023** at 4:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan U.S. Courthouse.

Dated: July 12, 2023
       New York, New York

SO ORDERED

JENNIFER L. ROCHON
United States District Judge